**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 21-2239**

---

CATHERINE M. BRENTZEL; ESTATE OF ROBERT C. HACKER,

           Plaintiffs - Appellants,

     v.

AIG PROPERTY CASUALTY COMPANY,

           Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T. S. Ellis, III, Senior District Judge.  (1:20-cv-01055-TSE-MSN)

---

Submitted:  September 16, 2022                       Decided:  October 7, 2022

---

Before RICHARDSON and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

**ON BRIEF:** James R. Tate, TATE BYWATER, Vienna, Virginia, for Appellants.  John F. O'Connor, Brett Grindrod, STEPTOE & JOHNSON LLP, Washington, D.C. for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Catherine M. Brentzel and the Estate of Robert C. Hacker appeal the district court's order denying their motion to modify the date of the district court's judgment granting summary judgment to Appellee on Appellants' claims, and to extend the time to file an appeal. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Brentzel v. AIG Prop. Cas. Co.*, No. 1:20-cv-01055-TSE-MSN (E.D. Va. Oct. 15, 2021). We also deny Appellants' motion to file an addendum to their brief. *See In re Under Seal*, 749 F.3d 276, 285 (4th Cir. 2014) ("[A]bsent exceptional circumstances, . . . we do not consider issues raised for the first time on appeal."). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*